IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 04-CR-106-WM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

CHRISTOPHER SKODMIN,
**ORLIN JAMES STEIN,**

     Defendants.

_____

## MINUTE ORDER

_____

     The following Minute Order is entered by Judge Walker D. Miller:

     Hearing on the supervised release violation (2 hours) will be held **May 11, 2007, at 9:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

     No person will be allowed to enter the courthouse without valid state or government photo identification.

Dated: March 6, 2007

                                     s/Jane Trexler, Secretary/Deputy Clerk