# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation of Supervised Release**) |
| v. | Case Number:  04-cr-00106-WDM-02 |
| ORLIN JAMES STEIN | USM Number:  32559-013 |
| | Martha Eskesen, Appointed <br> (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violation 5, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of this violation:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 5 | Failure to Participate in Dual Diagnosis Treatment as Directed by the Probation Officer | 01/31/07 |

    The defendant is sentenced as provided in page 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    The defendant has not committed violations 1, 2, 3, 4, 6, and 7 and is discharged as to such violations.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

    June 7, 2007
Date of Imposition of Judgment
s/ Walker D. Miller

Signature of Judge

Walker D. Miller, U.S. District Judge
Name & Title of Judge

June 11, 2007

Date

DEFENDANT: ORLIN JAMES STEIN
CASE NUMBER: 04-cr-00106-WDM-02                                            Judgment-Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of eight (8) months. 110 days credit for time served.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal